IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    15-cv-1496-WYD-KLM

UNITED STATES OF AMERICA

    Plaintiff,

v.

$29,734.00 IN UNITED STATES CURRENCY and 2005 NISSAN ARMADA VIN 5N1AA08B95N736108,

    Defendants.

## ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)

On October 19, 2015, the parties filed a "Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction" (ECF No. 14) pursuant to 28 U.S.C. § 636(c). Based on the parties' unanimous, voluntary consent to disposition of the above action by a United States Magistrate Judge,

IT IS ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636(c);

2. In accordance with the Court's Local Rules, the above action will be assigned to Magistrate Judge Kristen L. Mix; and

3. The above case number will be amended to reflect that this matter has been reassigned to Magistrate Judge Mix.

Dated: November 9, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge