IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01496-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$29,734.00 IN UNITED STATES CURRENCY,
2005 NISSAN ARMADA, VIN: 5N1AA08B95N736108,

       Defendants.

---

**FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the *United States' Motion for Final Order of Forfeiture*, the Court having reviewed said Motion FINDS that:

1.    The United States commenced this civil forfeiture action, pursuant to 21 U.S.C. § 881 (Doc. 1);

2.    The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the defendant assets;

3.    All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Docs. 4 and 18);

4. The United States and Claimant Josiah Gallegos, through counsel, Joshua Tolini, have reached an Amended Settlement resolving Claimant Josiah Gallegos' interest, and all issues in dispute as to defendant assets (Doc. 20):

    a. Defendant currency, in the amount of $29,734.00, shall be forfeited to the United States;

    b. Upon the Government's receipt of $2,000.00, paid in lieu of the Nissan Armada on behalf of Claimant, defendant Nissan Armada shall be returned to Chasity Romero; and

    c. The $2,000.00 paid in lieu of defendant Nissan Armada shall be forfeited to the United States.

5. No other claims to defendant assets have been filed.

IT IS THEREFORE ORDERED that:

The United States shall have full and legal title to Defendant Currency in the amount of $29,734.00, as well as the $2,000 in United States funds paid on behalf of Chasity Romero in lieu of Defendant Nissan Armada, and may dispose of the assets in accordance with law and in accordance with the terms and provisions of the parties' Amended Settlement Agreement.

The Clerk of the Court is directed to enter Judgment; and a Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant assets, pursuant to 28 U.S.C. § 2465.

SO ORDERED this 23rd day of February, 2016.

BY THE COURT:

KRISTEN L. MIX
United States Magistrate Judge