IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01496-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$29,734.00 IN UNITED STATES CURRENCY,
2005 NISSAN ARMADA, VIN: 5N1AA08B95N736108,

       Defendants.

_____

## FINAL JUDGMENT

       Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the *Final Order of Forfeiture* entered by the Honorable Magistrate Judge Kristen L. Mix, the following JUDGMENT is hereby entered:

    1.    Forfeiture is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, including all right, title, and interest, for the following defendant assets:

        a.  $29,734.00 in United States Currency, and

        b.  $2000.00 in United States funds in lieu of Defendant Nissan Armada.

    2.    The United States shall have full and legal title as to the defendant assets and may dispose of said assets in accordance with law and in accordance with the terms and provisions of the parties' Amended Settlement Agreement;

    3.    The *Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to defendant assets under 28 U.S.C. § 2465.

4.    Per the parties' Amended Settlement Agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 23rd day of __February__, 2016.

                            JEFFREY P. COLWELL
                            Clerk of the U.S. District Court


                        By: __s/ M. Ortiz__
                              Deputy Clerk